United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CAROLINE MASON, | |
|---|---|
| Plaintiff, | Case No. 14-cv-04397-EDL |
| v. | |
| PRESBYTERY OF SAN FRANCISCO, et al., | **ORDER REVOKING *IN FORMA PAUPERIS* STATUS** |
| Defendants. | |

On October 3, 2014, the Court granted Plaintiff's application to proceed *in forma pauperis*. On October 29, 2014, the Court dismissed Plaintiff's complaint with leave to amend. On November 14, 2014, Plaintiff timely filed an amended complaint. On November 26, 2014, the Court dismissed Plaintiff's case with prejudice. On December 1, 2014, Plaintiff filed a Notice of Appeal.

On December 4, 2014, the Ninth Circuit issued a Referral Notice to this Court to determine "whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith." Based on the reasoning in the Court's November 26, 2 014 Order, the Court determines that the appeal is frivolous and hereby revokes Plaintiff's *in forma pauperis* status. See 28 U.S.C. § 1915(a)(3); Hooker v. American Airlines, 302 F.3d 1091 (9th Cir. 2002).

The Clerk of Court is ordered to notify the Ninth Circuit and the parties of the Court's decision.

**IT IS SO ORDERED**.

Dated: December 15, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge